IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY RAY WILLIS**                                                                                           **PLAINTIFF**

v.                                    **Case No. 4:22-cv-00532-KGB**

**DAMMON JOE MCGILTON, Chief Deputy,**
**Stone County Sheriff's Office,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Plaintiff Billy Ray Willis filed a motion to proceed *in forma pauperis* and a complaint which must be screened under 28 U.S.C. § 1915A(a) (Dkt. No. 1; 2). When Mr. Willis filed this lawsuit, he was in custody at the Stone County Detention Center (Dkt. No. 1, at 1). On June 28, 2022, Mr. Willis filed a notice of change of address indicating that was released from custody of the Stone County Detention Center. On July 5, 2022, mail was returned undeliverable to the address Mr. Willis provided the Court in his notice of change of address (Dkt. No. 5). Accordingly, Mr. Willis has not provided the Court with a valid mailing address as required by the Local Rule 5.5(c) of the United States District Court for the Eastern and Western Districts of Arkansas.

Before Court performs the requisite screening under 28 U.S.C. § 1915A(a), Mr. Willis must pay the filing fee or file a new application to proceed *in forma pauperis* providing updated information to the Court. Additionally, before the Court performs the requisite screening under 28 U.S.C. § 1915A(a), Mr. Willis must provide the Court his updated mailing address.

It is therefore ordered that:

1. The Court denies without prejudice to refiling Mr. Willis's application to proceed *in forma pauperis* (Dkt. No. 1).

2. Within 30 days of the entry of this Order, Mr. Willis must either pay the $402.00 filing fee in full or file a properly completed application to proceed *in forma pauperis* for the

Court's review and consideration. If Mr. Willis does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, this action will be dismissed without prejudice.

    3.    The Court directs the Clerk of Court to send Mr. Willis a new *in forma pauperis* application.

    4.    Mr. Willis must also provide the Court with a valid mailing address within 30 days from the date of this Order. *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

    So ordered this 8th day of July, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge