IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY RAY WILLIS**                                                                                               **PLAINTIFF**

v.                               Case No. 4:22-cv-00532-KGB

**DAMMON JOE MCGILTON, Chief Deputy,**
**Stone County Sheriff's Office,** *et al.*                                         **DEFENDANTS**

## ORDER

Plaintiff Billy Ray Willis, then an inmate at the Stone County Jail, filed a *pro se* complaint on June 6, 2022 (Dkt. No. 2). On July 8, 2022, the Court denied as incomplete Mr. Willis's application to proceed *in forma pauperis* (Dkt. No. 5). The Court directed Mr. Willis either to pay the $402.00 filing fee in full or file a properly completed application to proceed *in forma pauperis* within 30 days (Dkt. No. 5, ¶ 1). The Court also directed Mr. Willis to provide the Court with a valid mailing address because mail that the Court previously sent to Mr. Willis was returned undeliverable (*Id.*, ¶ 4). Mr. Willis was advised that if he failed to respond timely to the Order his case would be dismissed without prejudice (*Id.*, ¶¶ 2, 4). Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). A copy of the Court's July 8, 2022, Order was mailed to Mr. Willis at his address of record along with an *in forma pauperis* application. The letter to Mr. Willis, however, was returned to the Court as undeliverable with the notation "Return to Sender, No Such Number" on the envelope (Dkt. No. 6). It appears Mr. Willis is no longer in custody at the Stone County Jail, and Mr. Willis has failed to update his address with the Court.

As of the date of this Order, Mr. Willis has not complied with or otherwise responded to the Court's July 8, 2022, Order, and the time for doing so has passed. Accordingly, this case is

dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 17th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge