# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BILLY RAY WILLIS**                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:22-cv-00532-KGB**

**DAMMON JOE MCGILTON, Chief Deputy,**
**Stone County Sheriff's Office,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Billy Ray Willis's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So ordered this 17th day of August, 2022.

_____
Kristine G. Baker
United States District Judge